# UNITED STATES DISTRICT COURT
## District of Minnesota

Mario Rene Morillo Lara,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Joel Brott,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1467 (KMM/LIB)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Mario M.L.'s Verified Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED**.
2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.
3. The Court **ORDERS** Respondents to immediately release Mario M.L. in Minnesota **without imposing any conditions and no later than 12:00 p.m. on February 21, 2026**.
4. Upon Mario M.L.'s release, Respondents must return **all of his personal effects seized during his arrest, including but not limited to immigration paperwork**. His property must be returned in the same condition as it was in at the time he was arrested.
5. Finally, the Court **ORDERS** Respondents to file a notice within 24 hours of Petitioner's release, specifying the date, time, and location of his release.

Date: 2/20/2026

KATE M. FOGARTY, CLERK